JS-6

William C. Haggerty, Esq., Bar No. 76652
bill@fwhb.com
Katherine M. Harwood, Esq., Bar No. 225202
kharwood@fwhb.com
FORD, WALKER, HAGGERTY & BEHAR
One World Trade Center, 27th Floor
Long Beach, CA 90831
Tel: (562) 983-2500; Fax: (562) 590-3573

Wasif H. Qureshi, Esq., Texas Bar No. 24048155 (*pro hac vice*)
wqureshi@jw.com
Blake T. Dietrich, Esq., Texas Bar No. 24087420 (*pro hac vice*)
bdietrich@jw.com
JACKSON WALKER LLP
1401 McKinney, Suite 1900
Houston, TX 77010
Tel: (713) 752-4521; Fax: (713) 752-4221

*Attorneys for Plaintiff Principal Lighting Group, LLC*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| **Principal Lighting Group, LLC,**<br><br>  Plaintiff,<br><br>  vs.<br><br>**The Sloan Company, Inc. d/b/a/ SloanLED,**<br><br>  Defendant. | Case No. CV 18-6449-GW(KSx)<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL** |

# ORDER

Plaintiff Principal Lighting Group, LLC and Defendant The Sloan Company, Inc. d/b/a SloanLED's stipulation to dismiss this action is approved. Accordingly, all claims and counterclaims in this action are dismissed with prejudice.

The Court retains jurisdiction over any disputes arising from any agreement between the parties in regard to resolution of this action.

IT IS SO ORDERED.

Dated: February 22, 2019

_____
GEORGE H. WU, U.S. District Judge

[PROPOSED] ORDER GRANTING STIPULATION OF DISMISSAL
- 1 -